UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| D. Burkey, et al., | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:23-cv-01936 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | |
| | § | |
| Access Restoration | § | |
| Services US, Inc., et al., | § | |
| Defendants. | | |

TRIAL EXHIBIT LIST OF PLAINTIFFS:
DAVID BURKEY, JEREMY CAMPBELL, MALCOLM GREEN,
CHAS JOCHUM, RAFAEL LOUIS, NATALIE MILLER, TIMOTHY MOFFETT,
TREVON POTTS, CESAR ROMERO, TRACY RUDOLPH,
NATHANIEL RUHOFF, AND WARREN WASHINGTON

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | Offer Letter – David Burkey | | | | |
| | Offer Letter – Jeremy Campbell (GES Production_Butler_000042 – GES Production_Butler_000047) | | | | |
| | Offer Letter – Malcolm Green (GES Production_Butler_000066 – GES Production_Butler_000071) | | | | |
| | Offer Letter – Natalie Miller (GES Production_Butler_000072 – GES Production_Butler_000077) | | | | |
| | Offer Letter – Trevon Potts (GES Production_Butler_000091 – GES Production_Butler_000099) | | | | |
| | Offer Letter – Cesar Romero GES Production_Butler_000019 – GES Production_Butler_000024 | | | | |

2

|  | Offer Letter – Tracy Rudolph (GES Production_Butler_000100 – GES Production_Butler_000105) |  |  |  |  |
|--|--|--|--|--|--|
|  | Offer Letter – Nathaniel Ruhoff (GES Production_Butler_000078 – GES Production_Butler_000083) |  |  |  |  |
|  | Offer Letter – Chas Jochum (GES Production_Butler_000025 – GES Production_Butler_000030) |  |  |  |  |
|  | Offer Letter – Rafael Louis (PLAINTIFFS 000002_Louis – PLAINTIFFS 000007_Louis) |  |  |  |  |
|  | Promotion Letter – Rafael Louis (GES Production_Butler_001915 – GES Production_Butler_001920) |  |  |  |  |
|  | Offer Letter – Timothy Moffett (GES Production_Butler_000085 – GES Production_Butler_000090) |  |  |  |  |
|  | Offer Letter – Warren Washington (GES Production_Butler_000085 – GES Production_Butler_000090) |  |  |  |  |
|  | Offer Letter – Warren Washington (GES Production_Butler_002049-002054) |  |  |  |  |
|  | Promotion Letter – Warren Washington (GES Production_Butler_000112 – GES Production_Butler_000127) |  |  |  |  |
|  | Autumn Garibay email to Field Inspectors, with Bonus Matrix (GES Production_000123-000125) |  |  |  |  |
|  | Termination Letter – David Burkey (GES Production_004761) |  |  |  |  |
|  | Termination Letter – Jeremy Campbell (GES Production_004763) |  |  |  |  |
|  | Termination Letter – Malcolm Green |  |  |  |  |
|  | Termination Letter – Natalie Miller (GES Production_004766) |  |  |  |  |
|  | Termination Letter – Trevon Potts |  |  |  |  |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | (GES Production_004770) | | | | | |
| | Termination Letter – Cesar Romero (GES Production_004759) | | | | | |
| | Termination Letter – Tracy Rudolph (GES Production_004769) | | | | | |
| | Termination Letter – Nathaniel Ruhoff (GES Production_004773) | | | | | |
| | Termination Letter – Chas Jochum (GES Production_004760) | | | | | |
| | Termination Letter – Rafael Louis (GES Production_004767) | | | | | |
| | Termination Letter – Timothy Moffett (GES Production_004768) | | | | | |
| | Termination Letter – Warren Washington (GES Production_004772) | | | | | |
| | Warren Washington: Bonus structure and data.xlsm (PLAINTIFFS 000026_Washington) | | | | | |
| | Warren Washington: GES - Bonus Structure - Field and Management (1).xlsx (PLAINTIFFS 000025_Washington) | | | | | |
| | Malcolm Green: Photos from Fort Myers, Q4-2022 – by Malcolm Green (PLAINTIFFS 000027_Green – PLAINTIFFS 000029_Green, PLAINTIFFS 000036_Green) | | | | | |
| | Malcolm Green: "Field Team Bonus's [sic]" email, August 2022 (Malcolm Green screenshots) (PLAINTIFFS 000030_Green, PLAINTIFFS 000034_Green, PLAINTIFFS 000032_Green) | | | | | |
| | Malcolm Green: Inspection Tracking App Screenshots, October-December 2022 (PLAINTIFFS 000054_Green, | | | | | |

|  | PLAINTIFFS 000065_Green, PLAINTIFFS 000064_Green, PLAINTIFFS 000063_Green, PLAINTIFFS 000062_Green, PLAINTIFFS 000061_Green, PLAINTIFFS 000060_Green, PLAINTIFFS 000057_Green, PLAINTIFFS 000056_Green, PLAINTIFFS 000055_Green, PLAINTIFFS 000059_Green, PLAINTIFFS 000058_Green) |  |  |  |  |
|---|---|---|---|---|---|
|  | Chas Jochum:<br>Image of Wex Fleet Card – ARS GEM<br>(PLAINTIFFS 000825_Jochum) |  |  |  |  |
|  | Natalie Miller:<br>Image of Wex Fleet Card – ARS GEM<br>(PLAINTIFFS 000263_Miller) |  |  |  |  |
|  | Natalie Miller:<br>Screenshots of Autumn Garibay email with bonus matrix, August 2022<br>(PLAINTIFFS 000496_Miller, PLAINTIFFS 000493_Miller, PLAINTIFFS 000494_Miller) |  |  |  |  |
|  | Natalie Miller:<br>Screenshots of ARS GEM Inspection Credit Counter App screens for Natalie Miller inspections, Q4-2023<br>(PLAINTIFFS 000264_Miller – PLAINTIFFS 000357_Miller) |  |  |  |  |
|  | Natalie Miller:<br>Screenshots of GES training PowerPoint, taken by Natalie Miller<br>(PLAINTIFFS 000238_Miller, PLAINTIFFS 000232_Miller, PLAINTIFFS 000231_Miller) |  |  |  |  |
|  | Natalie Miller:<br>Wells Fargo statements of Natalie Miller showing payroll deposits by ARS<br>(PLAINTIFFS 000542-000568_Miller) |  |  |  |  |
|  | Natalie Miller: |  |  |  |  |

|  | Images of ARS GEM sketch sheets, taken by Natalie Miller<br>File Names:<br>*Photo Oct 03 2022, 2 38 07 PM.jpg,*<br>*Photo Oct 03 2022, 2 38 03 PM.jpg*<br>(produced but not bates-stamped) |  |  |  |  |
|---|---|---|---|---|---|
|  | Natalie Miller:<br>Photos of ARS GEM trucks and equipment in southwest Florida, taken by Natalie Miller<br>File Names:<br>*Photo Sep 28 2022, 4 15 22 AM.jpg,*<br>*Photo Sep 28 2022, 4 15 10 AM.jpg,*<br>*Photo Sep 28 2022, 4 16 22 AM.jpg,*<br>*Photo Sep 28 2022, 4 16 25 AM.jpg*<br>(produced but not bates-stamped) |  |  |  |  |
|  | Cesar Romero:<br>Bank statement of Cesar Romero showing deposits by ARS<br>PLAINTIFFS 000580_Romero |  |  |  |  |
|  | Cesar Romero:<br>Screenshot of Cesar Romero's Q4-2022 Job Inspection Count at 260 total<br>(PLAINTIFFS 000581_Romero – PLAINTIFFS 000582_Romero) |  |  |  |  |
|  | Cesar Romero:<br>Video of Cesar Romero scrolling through his email confirmations of inspections in Microsoft Outlook emails, Q4-2022<br>(PLAINTIFFS 000617_Romero) |  |  |  |  |
|  | Cesar Romero:<br>Video of Cesar Romero scrolling through his Q4-2022 inspection calendar on his company cellphone<br>(PLAINTIFFS 000618_Romero) |  |  |  |  |
|  | Nathaniel Ruhoff:<br>GES - Storm Team Job Tracking Form - Hurricane IAN (78 forms)<br>(PLAINTIFFS 000676_Ruhoff, PLAINTIFFS 000753_Ruhoff) |  |  |  |  |
|  | Nathaniel Ruhoff: |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | Text of GES emails copied by Nate Ruhoff (PLAINTIFFS 000757_Ruhoff) | | | | |
| | Nathaniel Ruhoff: Text of GES email re: MMA partnership, copied by Nate Ruhoff PLAINTIFFS 000756_Ruhoff | | | | |
| | Warren Washington: Screenshot of payroll deposits to Warren Washington by ARS | | | | |
| | Emails concerning early discussion and drafting of the Field Inspector bonus plan:<br><br>- GES Production_003422, et seq. (Needham emails 02/27/2022);<br>- GES Production_003541, et seq. (Normoyle emails 03/02/2022)<br>- GES Production_003543, et seq. (Needham emails 03/11/2022)<br>- GES Production_003536, et seq. (Needham emails 03/11/2022);<br>- GES Production_001831-001839 (Needham emails 03/25/2022);<br>- GES Production_003489, et seq. (Needham emails 03/29/2022);<br>- GES Production_003532, et seq. (Garibay emails 04/08/2022);<br>- GES Production_003415, et seq. (Needham emails 04/08/2022);<br>- GES Production_000321-000323; 000515, et seq. (Garibay/Normoyle emails 06/22/2022);<br>- GES Production_001848, et seq. (Garibay meeting invite re: bonuses 06/29/2022). | | | | |
| | Assorted emails involving ARS:<br><br>- GES Production_000520, 000561, et seq. (Garibay/Adams emails 07/08/2022 and 07/15/2022);<br>- GES Production_001146, et seq. (Ali email 10/17/2022); | | | | |

7

| | | | | | |
|---|---|---|---|---|---|
| | <ul><li>GES Production_002064, et seq. (Ali email 10/17/2022);</li><li>GES Production_001167 (Garibay email 10/19/2022);</li><li>GES Production_001177 (Adams email 10/21/2022);</li><li>GES Production_002394, et seq. (Anglin email 12/19/2022);</li></ul> | | | | |
| | Moffett emails to Garibay, August 2022:<ul><li>GES Production_000391, et seq. (08/04/2022);</li><li>GES Production_000565, et seq. (08/09/2022).</li></ul> | | | | |
| | Garibay emails October 2022:<ul><li>GES Production_000413, et seq. (10/06/2022);</li><li>GES Production_000416, et seq. (10/06/2022);</li><li>GES Production_000426, et seq. (10/06/2022).</li></ul> | | | | |
| | Internal bonus discussion emails, 2023:<ul><li>GES Production_003343, et seq. (Email 04/10/2023);</li><li>GES Production_003344-3350, et seq. (Emails re: N. Miller bonus demand 04/14/2023);</li><li>GES Production_000445, et seq. (Normoyle emails 04/16/2023);</li><li>GES Production_003351, et seq. (Normoyle emails 04/17/2023);</li><li>GES Production_003595, et seq. (Normoyle emails 04/17/2023);</li><li>GES Production_002989, et seq. (Garibay emails 04/25/2023);</li><li>GES Production_002990, et seq. (Garibay emails 05/10/2023).</li></ul> | | | | |

|  | Field Supervisor Job Description<br>• GES Production_000314, et seq. |  |  |  |  |
|---|---|---|---|---|---|
|  | Garibay emails re: supervisor teams 2023<br>• GES Production_000431-000438 |  |  |  |  |
|  | Garibay email with organizational chart<br>• GES Production_003017-003018 (06/13/2022) |  |  |  |  |
|  | List of employees<br>• GES Production_003593-3594 |  |  |  |  |
|  | Emails re: Garibay's bonus<br>• GES Production_003449-003458 (Emails 02/13/2023) |  |  |  |  |
|  | Scott Jacobi/finances emails Oct.-Dec. 2022<br>• GES Production_003056-003058, 003062 (emails 10/22/2022);<br>• GES Production_003087-003088 (emails 11/20/2022);<br>• GES Production_003315-003316 (emails 12/20/2022). |  |  |  |  |
|  | Assorted emails re: Needham and Normoyle control:<br><br>• GES Production_002077 (emails 03/13/2022);<br>• GES Production_002111-2112 (emails 03/29/2022);<br>• GES Production_003320-003321 (emails 12/30/2022). |  |  |  |  |
|  | Customer surveys produced by GES; chart:<br><br>• GES Production_003741-003748 |  |  |  |  |
|  | Holt email and chart<br><br>• GES Production_003602-003604 |  |  |  |  |

9

| | | | | | |
|---|---|---|---|---|---|
| | David Burkey: Individual inspection data produced by GES | | | | |
| | Jeremy Campbell: Individual inspection data produced by GES<br><br>• GES Production_003873-003891 | | | | |
| | Malcolm Green: Individual inspection data produced by GES<br><br>• GES Production_003979-004004 | | | | |
| | Natalie Miller: Individual inspection data produced by GES<br><br>• GES Production_004050-004072 | | | | |
| | Cesar Romero: Individual inspection data produced by GES<br><br>• GES Production_003758-003782 | | | | |
| | Tracy Rudolph: Individual inspection data produced by GES<br><br>• GES Production_004121-004144 | | | | |
| | Nathaniel Ruhoff: Individual inspection data produced by GES<br><br>• GES Production_004073-004096 | | | | |

Respectfully submitted,

*/s/ Kerry O'Brien*

<u>January 3, 2025</u>　　　　Kerry O'Brien
Date　　　　　　　　　　Texas Bar No. 24038469
　　　　　　　　　　　　O'Brien Law Firm
　　　　　　　　　　　　1011 Westlake Drive
　　　　　　　　　　　　Austin, TX 78746
　　　　　　　　　　　　(512) 410-1960
　　　　　　　　　　　　ko@obrienlawpc.com

10