UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ______________________, Plaintiff, | § § | CIVIL ACTION NO. ______________ |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ______________________, Defendant. | § § § § | |

**TRIAL WITNESS LIST OF PLAINTIFFS: DAVID BURKEY, JEREMY CAMPBELL, MALCOLM GREEN, CHAS JOCHUM, RAFAEL LOUIS, NATALIE MILLER, TIMOTHY MOFFETT, TREVON POTTS, CESAR ROMERO, TRACY RUDOLPH, NATHANIEL RUHOFF, AND WARREN WASHINGTON**

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| 1. | **David Burkey** | 5973 S. Monaco Way<br>Centennial, CO 80111 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 2. | **Jeremy Campbell** | 358 Druiehlet St.<br>Mansfield, LA 71052 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:* | |

| | | |
|---|---|---|
| | Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 3. | **Malcolm Green** | 24047 Schults Meadow Ln<br>Spring, TX 77389 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 4. | **Chas Jochum** | 1044 Eddie Ray Rd.<br>Breaux Bridge, LA 70517 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and the working conditions for the other plaintiffs in this case. | |
| 5. | **Rafael Louis** | 8861 Bueche Rd.<br>Erwinville, LA 70729 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |

| | | |
|---|---|---|
| 6. | **Natalie Miller** | 1817 E Harvard Street<br>Lubbock, TX 79403 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 7. | **Timothy Moffett** | 1238 SE Pine St. #B<br>Roseburg, OR 97470 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 8. | **Trevon Potts** | 2631 Oak Island Drive, San Antonio, TX 78264 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 9. | **Cesar Romero** | 2203 West Desert Lane, Phoenix, AZ 85041 |
| | x Live ☐ Deposition | |

| | | |
|---|---|---|
| | x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 10. | **Tracy Rudolph** | 4701 Hoffman Rd.<br>Mobile, AL 36619 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on her employment with GES and the facts and circumstances that underlie her claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 11. | **Nathaniel Ruhoff** | 2506 McCrae<br>New Braunfels, TX 78130 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 12. | **Warren Washington** | 1892 Sperling Dr.<br>Mobile, AL 36695 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:* | |

| | | |
|---|---|---|
| | Plaintiff who will testify on his employment with GES and the facts and circumstances that underlie his claims for bonuses and overtime pay and the working conditions for the other plaintiffs in this case. | |
| 13. | **Laura Holt** | 200 Alonzo Ct.<br>Niceville FL 32580 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Former GES Field Manager who will testify on her employment with GES, the connections to GES and related activities of Defendant ARS US, as well as discussions and events relating to the work performed by Plaintiffs, their bonus plan, and the non-payment of their bonuses as well as her own.<br><br>(Ms. Holt is represented by the O'Brien Law Firm in connection with her own claims against GES and ARS US.) | |
| 14. | **Lisa Moutsanides** | 1238 SE Pine St. #B<br>Roseburg, OR 97470 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Former GES Field Inspector and a former Plaintiff in this case (settled) who will testify on her employment with GES and the facts and circumstances her claims for bonuses and overtime pay were based, as well as the working conditions for the plaintiffs in this case. | |
| 15. | **Nathan Normoyle** | 22511 Trailwood Lane<br>Tomball, TX 77375 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:* | |

| | | |
|---|---|---|
| | FLSA Defendant who may be called to testify on the operations of the GES and ARS US businesses relevant to Plaintiffs' claims, his work in connection with both operations as well as the work of Defendant Needham, the development of the bonus plan for the Field Inspectors, the relationship between GES and ARS US on the one hand and the McClenny Moseley & Associates Law Firm on the other, and the non-payment of bonuses to the Field Inspectors. | |
| 16. | **Scott Jacobi** | 310 Mill Creek Road<br>Pinehurst, TX 77362 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Chief Financial Officer of ARS US who had significant involvement in the financial strategizing, operations, and decision making of GES and the funding of GES by ARS US and/or related legal entities, including the outside funding of GES's payroll and purchasing activities. He may be called to testify on those relationships as well as the relationship between GES and ARS US on the one hand and the McClenny Moseley & Associates Law Firm on the other. He may also testify on the activities of Defendants Normoyle and Needham in connection with ARS US and GES. | |
| 17. | **Michael Needham** | 27657 Commerce Oaks Drive,<br>Conroe, TX 77385 |
| | x Live x Deposition (if he does not appear live)<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>FLSA Defendant who may be called to testify on the operations of the GES and ARS US businesses relevant to Plaintiffs' claims, his work in connection with both operations as well as the work of Defendant Normoyle, the development of the bonus plan for the Field Inspectors, the relationship between GES and ARS US on the one hand and the McClenny Moseley & | |

| | | |
|---|---|---|
| | Associates Law Firm on the other, and the non-payment of bonuses to the Field Inspectors. | |
| 18. | **John Z. Moseley** | 1214 W. Dallas St.<br>Houston, Texas 77019 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Principal in the McClenny Moseley & Associates Law Firm who may testify on the relationship between MMA, and GES and ARS US, including ARS US's investment in MMA, and the work performed by GES and ARS US for MMA. | |
| 19. | **James McClenny** | 80 Ridgelake Scenic Dr<br>Montgomery, TX 77316-6933 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Principal in the McClenny Moseley & Associates Law Firm who may testify on the relationship between MMA and GES and ARS US, including ARS US's investment in MMA, and the work performed by GES and ARS US for MMA. | |
| **INDIVIDUALS WHO MAY BE CALLED IF NEEDED** | | |
| 20. | **Trevor Brill** | 6320 Whirlwind Drive<br>Colorado Springs, CO |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐ Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Brill is a former General Manager of GES who may be called to testify on the operations of GES while he was employed, the relationship between ARS US and GES, the relationship between the MMA law firm on the one hand and GES and ARS US on the other, the work performed by Defendants Normoyle | |

| | |
|---|---|
| | and Needham in connection with GES, the hiring of Field Inspectors, including some of the Plaintiffs, during his tenure, and the duties of a GES Field Inspector. |
| 21. | Kerry O'Brien O'Brien Law Firm 1011 Westlake Drive, Austin, TX 78746 |
| | x Live (or by post-trial affidavit) ☐ Deposition<br>☐ Fact x Expert ☐ Record Custodian<br><br>O'Brien may be called to testify as an expert witness on Plaintiffs' claim for attorney fees in this case, both under Ch. 38 of the Texas Civil Practices & Remedies Code (unpaid bonuses) as well as under the Fair Labor Standards Act (unpaid overtime wages). |
| Plaintiffs also reserve the right during its case-in-chief to call any witnesses identified in Defendants' Trial Witness List. | |

Respectfully submitted,

January 3, 2025
Date

Kerry O'Brien
Texas Bar No. 24038469
O'Brien Law Firm
1011 Westlake Drive
Austin, TX 78746
(512) 410-1960
ko@obrienlawpc.com

]