IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| C. BUTLER, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.  4:23-cv-01936 |
| ACCESS RESTORATION SERVICES US, INC., et al., | § § § § | |
| Defendants. | § § § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO PLAINTIFF CESAR ROMERO, JR.

COME NOW, Plaintiff Cesar Romero, Jr. and all Defendants, and pursuant to Federal Rule of Civil Procedure 41, with the parties having resolved their disputes, hereby stipulate to the dismissal of all claims and causes of action that Plaintiff has asserted in this cause against the Defendants of record, with prejudice to the refiling of those claims.

Respectfully submitted,

/s/ Kerry V. O'Brien
KERRY V. O'BRIEN
State Bar No. 24038469
Southern District Bar No. 021724
ko@obrienlawpc.com



1011 Westlake Drive
Austin, Texas 78746
Telephone:   (512) 410-1960

*Attorney for Plaintiffs*

/s/ Lisa M. Norman (by KVO w/permission)
LISA M. NORMAN
State Bar No. 24037190
Federal Bar No. 613906
lnorman@andrewsmyers.com
VED D. CHITALE
State Bar No. 24099613
Federal Bar No. 315794
vchitale@andrewsmyers.com
MATTHEW A. PYLE
State Bar No. 24123135
Federal Bar No. 3839342
mpyle@andrewsmyers.com
ANDREW J. CLARK

State Bar No. 24101624
Federal Bar No. 2996672
aclark@andrewsmyers.com
ANDREWS MYERS, P.C.
1185 Saint James Place, 15th Floor
Houston, TX 77056
Telephone:   (713) 850-4200

*Attorneys for Defendants*