United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| C. BUTLER, *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:23-cv-01936 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ACCESS RESTORATION | § | |
| SERVICES US INC, *et al,* | § | |
| Defendants. | § | |

## ORDER

During the second day of bench trial in this matter, the parties announced settlement of all remaining disputed issues between them. The announcement was subject to finalization of settlement papers and the exchange of consideration.

All claims by Plaintiffs against Defendants are DISMISSED WITH PREJUDICE.

Plaintiffs may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on April 7, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge